IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN DEAN NOOR,

    Petitioner,                    No. CIV S-10-3368 GEB GGH P

  vs.

MICHAEL MARTELL,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the decision by the California Board of Parole Hearings (BPH) finding him unsuitable for parole.

        On January 28, 2011, the undersigned ordered both parties to file simultaneously briefing regarding the United States Supreme Court decision in <u>Swarthout v. Cooke</u>, 502 U.S. ___, ___ S. Ct. ___, 2011 WL 197627 *2 (Jan. 24, 2011). Both parties filed briefing and on February 25, 2011, the undersigned issued findings and recommendations that the petition be denied.

        On February 28, 2011, petitioner filed a motion to stay the proceedings. The motion is meritless and is denied. Petitioner still may file objections to the February 25, 2011, findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for a stay (Doc. 14) is denied.

DATED: March 9, 2011

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH: AB
noor3368.ord